# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

       v.         :     CRIMINAL NO.  03-599

JOSE RAMON RIVAS        :
   a/k/a "Ray"

## VERDICT FORM AND INTERROGATORIES

## COUNT  1

### (Conspiracy  To Distribute Cocaine Base ("Crack")

As to Count 1 of the Indictment, charging defendant Jose Ramon Rivas, a/k/a "Ray," with conspiracy to distribute 50 grams or more of a mixture or substance containing a detectible amount of cocaine base ("crack"), in violation of 21 U.S.C. § 846, do you unanimously find defendant

_____ **Guilty**

_____ **Not Guilty**

**If you find the defendant guilty, please proceed to Jury Interrogatory Number One.**

## **Jury Interrogatory Number One**

If you find the defendant guilty of the conspiracy to distribute the cocaine base

("crack") charged in Count 1, please answer the following question:

– Do you unanimously agree, by proof beyond a reasonable doubt, that the

quantity of the mixture or substance containing a detectible amount of cocaine base "crack" that

the defendant conspired to distribute, including all reasonably forseeable acts and omissions of

others in furtherance of the conspiracy, was:

**Check only the highest amount unanimously found.**

    \_       At least 150 grams but less than 500 grams of cocaine base

    \_       At least 50 grams but less than 150 grams of cocaine base

    \_       At least 35 grams but less than 50 grams of cocaine base

    \_       At least 20 grams but less than 35 grams of cocaine base

    \_       At least 5 grams but less than 20 grams of cocaine base

    \_       At least 4 grams but less than 5 grams of cocaine base

    \_       At least 3 grams but less than 4 grams of cocaine base

    \_       At least 2 grams but less than 3 grams of cocaine base

    \_       At least 1 gram but less than 2 grams of cocaine base

    \_       At least 500 milligrams but less than 1 gram of cocaine base

    \_       At least 250 milligrams but less than 500 milligrams of cocaine base

    \_       Less than 250 milligrams of cocaine base

_____

## <u>COUNT   4</u>

### <u>(Distribution of Cocaine Base ("Crack")</u>

As to Count 4 of the Indictment, charging defendant Jose Ramon Rivas, a/k/a "Ray," with distribution, and aiding and abetting the distribution of 50 grams or more of a mixture or substance containing a detectible amount of cocaine base ("crack"), in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A), do you unanimously find defendant

_____ **Guilty**

_____ **Not Guilty**

**If you find the defendant guilty, please proceed to Jury Interrogatory Number Two.**

**Jury Interrogatory Number Two**

If you find the defendant guilty of distribution and aiding and abetting the

distribution of cocaine base ("crack") charged in Count 4, please answer the following question:

– Do you unanimously agree, by proof beyond a reasonable doubt, that the

quantity of the mixture or substance containing a detectible amount of cocaine base "crack" that

the defendant distributed, including all reasonably forseeable acts and omissions of others in

furtherance of the conspiracy, was:

**Check only the highest amount unanimously found.**

    \_\_\_    At least 50 grams but less than 150 grams of cocaine base

    \_\_\_    At least 35 grams but less than 50 grams of cocaine base

    \_\_\_    At least 20 grams but less than 35 grams of cocaine base

    \_\_\_    At least 5 grams but less than 20 grams of cocaine base

    \_\_\_    At least 4 grams but less than 5 grams of cocaine base

    \_\_\_    At least 3 grams but less than 4 grams of cocaine base

    \_\_\_    At least 2 grams but less than 3 grams of cocaine base

    \_\_\_    At least 1 gram but less than 2 grams of cocaine base

    \_\_\_    At least 500 milligrams but less than 1 gram of cocaine base

    \_\_\_    At least 250 milligrams but less than 500 milligrams of cocaine base

    \_\_\_    Less than 250 milligrams of cocaine base


_____

**JURY FOREPERSON**

4