**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 03-599-01** |
| | : | |
| | : | |
| **v.** | : | |
| | : | **CIVIL ACTION NO. 09-052** |
| **JOSE RIVAS** | : | |

## ORDER

**AND NOW**, this 22nd day of July, 2010, upon consideration of the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 140), the government's response, and a review of the record, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that there is no probable cause to issue a certificate of appealability.

                                                          /Timothy J. Savage
                                                          TIMOTHY J. SAVAGE, J.